■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES BATTAGLIA, Appellant.—Judgment of the County Court, Nassau County, rendered May 16, 1979, affirmed. No opinion. This case is remitted to the County Court, Nassau County, for further proceedings pursuant to CPL 460.50 (subd 5). Lazer, J. P., Rabin, Gulotta and O'Connor, JJ., concur.